FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESTINNI MARDESICH,<br><br>        Petitioner,<br><br>   v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>        Respondents. | No. CV 06-9-ODW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: Feb. 4, 2008

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE